STATE OF MAINE

CUMBERLAND, ss.

SUPERIOR COURT
CRIMINAL ACTION
Docket No. CR-07-1698
WSB-CUM- 11/29/2007

STATE OF MAINE,

v.

TIMOTHY J. GILLIS,

Defendant.

DECISION

DONALD L. GARBRECHT
LAW LIBRARY

JAN 15 2008

## FINDINGS

1. On April 26, 2007 in South Portland Officer Matthew Cyr received a dispatch assigning him to a suspected operating under the influence case.

2. An off-duty officer had called dispatch to say he was following a car that was "all over the road."

3. The off-duty officer called in the route of the erratic operator as it progressed and Officer Cyr changed route accordingly.

4. Finally on Eisenhower Road Officer Cyr caught up with the off-duty officer.

5. The off-duty officer was in his personal vehicle but had somehow stopped a vehicle on the side of the road, directly in front of the officer's car.

6. Officer Cyr approached the stopped car. Mr. Gillis was the lone occupant of the car. There were no other civilians in the area. Mr. Gillis was sitting in the driver's seat.

7. Mr. Gillis, by stipulation, was impaired.

8. Officer Cyr believes he spoke with the off-duty officer at the scene, but can't remember what was said.

9. Officer Cyr eventually arrested Mr. Gillis for OUI.

## DISCUSSION

Mr. Gillis doesn't dispute that Officer Cyr had probable cause to believe he was under the influence. Mr. Gillis disputes that Officer Cyr had probable cause to believe he was driving and therefore should not have arrested him.

Proof of operation in this case is circumstantial. Mr. Gillis was the only civilian in the area. There were no other occupants in the car. He was sitting in the driver's seat. His car was located directly in front of the off-duty officer's car and the off-duty officer had just provided a running account of following an erratic operator. Although Officer Cyr has forgotten the information passed along to him at the scene by the off-duty officer, it would be ludicrous to infer that the off-duty officer would allow Officer Cyr to go ahead and arrest Mr. Gillis if Mr. Gillis were not the driver who had been operating erratically. The State has produced circumstantial evidence sufficient to provide probable cause that Mr. Gillis was operating.

Mr. Gillis argues that no inference can be based on the off-duty officer's words or conduct because he did not testify at trial. Mr. Gillis argues that the reports to dispatch were hearsay. They are not hearsay because they were not introduced to prove the truth. They were introduced to prove that Officer Cyr had sufficient reliable information to conclude that Mr. Gillis was operating the vehicle. An off-duty officer is per se reliable and there is no doubt he had a solid basis to report what he reported.

The clerk will make the following entry on the docket by reference:

Defendant Timothy Gillis' motion to suppress is denied in all respects.

DATED: November _19_, 2007

_W. S. Brodrick_
William S. Brodrick
Active Retired Justice, Superior Court

A True Copy Attest: _Sally A. Wanne_ Clerk of Cour

2

```
STATE OF MAINE                           SUPERIOR COURT
   vs                                    CUMBERLAND, ss.
TIMOTHY J GILLIS                         Docket No   PORSC-CR-2007-01698
25 GROVE HILL RD
BUXTON ME 04093                          DOCKET RECORD

DOB: 05/01/1968
Attorney: WILLIAM CHILDS                 State's Attorney: STEPHANIE ANDERSON
          CHILDS RUNDLETT FIFIELD SHUMWAY LLC
          257 DEERING AVENUE
          PORTLAND ME 04103
          RETAINED 05/23/2007
```

## Charge(s)

```
1   OPERATING UNDER THE INFLUENCE            04/26/2007 SOUTH PORTLAND
Seq 9878  29-A  2411(1-A)(A)       Class D
   CYR                 / SPO
```

## Docket Events:

```
06/22/2007 Charge(s): 1
           TRANSFER -  TRANSFER FOR JURY TRIAL EDI ON 06/22/2007 @ 18:00

           TRANSFERRED CASE: SENDING COURT CASEID PORDCCR200703524
           FILING DOCUMENT -  NON CASH BAIL BOND FILED ON 04/30/2007

           Charge(s): 1
           HEARING -  ARRAIGNMENT SCHEDULED FOR 06/05/2007 @ 8:30 in Room No.  1

           NOTICE TO PARTIES/COUNSEL
           Charge(s): 1
           HEARING -  ARRAIGNMENT WAIVED ON 06/04/2007 @ 8:30 in Room No.  1

                                                                      847

           BAIL BOND - $2,500.00 UNSECURED BAIL BOND FILED ON 04/30/2007

           Bail Amt:  $2,500
           Date Bailed: 04/27/2007
           BAILED FOR 6/5/2007 @ 0830                        965
06/22/2007 Party(s):  TIMOTHY J GILLIS
           ATTORNEY -  RETAINED ENTERED ON 05/23/2007

           Attorney:  WILLIAM CHILDS
           Charge(s): 1
           SUPPLEMENTAL FILING -  COMPLAINT FILED ON 06/01/2007
           JAMES  TURCOTTE , ASSISTANT CLERK
           Charge(s): 1
           PLEA -  NOT GUILTY ENTERED BY COUNSEL ON 06/05/2007 @ 8:30 in Room No.  1

           847
           Charge(s): 1
           TRIAL -  BENCH SCHEDULED FOR 07/31/2007 @ 10:30 in Room No.  1

           NOTICE TO PARTIES/COUNSEL                             847
```

Charge(s): 1
TRIAL - BENCH NOT HELD ON 06/21/2007


Charge(s): 1
TRIAL - BENCH NOTICE SENT ON 06/05/2007
JAMES  TURCOTTE , ASSISTANT CLERK
Charge(s): 1
MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 06/20/2007
DEBBIE  COOK , ASSISTANT CLERK
Charge(s): 1
MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 06/20/2007
DEBBIE  COOK , ASSISTANT CLERK
SUPPRESS THE STOP
Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL REQUESTED ON 06/20/2007
DEBBIE  COOK , ASSISTANT CLERK
Charge(s): 1
FINDING - TRANSFER FOR JURY TRIAL TRANSFERRED ON 06/22/2007
DEBRA  SOUBBLE , ADMINISTRATIVE CLERK
PORSC
06/25/2007 Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL RECVD BY COURT ON 06/22/2007
BETHANY  RODERIGUE , ASSISTANT CLERK-E
DOCKET ENTRIES RECEIVED FROM 9TH DISTRICT COURT (CR07-3524)
07/26/2007 HEARING - $7.00 MOTION TO SUPPRESS SCHEDULED FOR 09/06/2007 @ 11:00 in Room No.  7
ANDREW M HORTON , JUDGE
NOTICE  TO PARTIES/COUNSEL                                                SUPPRESS X2
09/07/2007 HEARING - MOTION TO SUPPRESS HELD ON 09/06/2007
ANDREW M HORTON , JUDGE
Attorney: WILLIAM CHILDS
DA: TRACY BARDWELL          Reporter: TAMMY DROUIN
09/07/2007 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 09/27/2007 @ 9:00 in Room No.  7
ANDREW M HORTON , JUDGE
NOTICE  TO PARTIES/COUNSEL
09/07/2007 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 09/07/2007


JOANN HEBERT
09/21/2007 MOTION - MOTION TO CONTINUE FILED BY STATE ON 09/21/2007


DA: WILLIAM BARRY
09/26/2007 MOTION - MOTION TO CONTINUE GRANTED ON 09/26/2007
ROLAND A COLE , JUSTICE
COPY TO PARTIES/COUNSEL


                              JOANN HEBERT
09/26/2007 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 10/25/2007 @ 9:00 in Room No.  7


NOTICE  TO PARTIES/COUNSEL
09/26/2007 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 09/26/2007


JOANN HEBERT
10/26/2007 HEARING - MOTION TO SUPPRESS HELD ON 10/25/2007
WILLIAM BRODRICK , JUSTICE

Attorney: WILLIAM CHILDS
DA: MICHAEL MADIGAN          Reporter: PENNY PHILBRICK-CARVER
Defendant Present in Court

STATE'S WITNESSES: 1) MATTHEW CYR.
10/26/2007 Charge(s): 1
          MOTION -  MOTION TO SUPPRESS UNDER ADVISEMENT ON 10/25/2007

10/26/2007 Charge(s): 1
          TRIAL -  JURY TRIAL SCHEDULED FOR 12/10/2007 @ 8:30 in Room No.  11

          NOTICE TO PARTIES/COUNSEL
10/26/2007 Charge(s): 1
          TRIAL -  JURY TRIAL NOTICE SENT ON 10/26/2007

          JOANN HEBERT
11/30/2007 Charge(s): 1
          MOTION -  MOTION TO SUPPRESS DENIED ON 11/19/2007
          WILLIAM  BRODRICK , JUSTICE
          COPY TO PARTIES/COUNSEL                                        TSK

A TRUE COPY
ATTEST: _____
                  Clerk

A True Copy
Attest: *Jolly A Bourget*
        Clerk of Courts